In re:                                                Case No. 24-02064-MJC

Denise Calloway                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                User: AutoDocke                                             Page 1 of 3

Date Rcvd: Oct 01, 2024                         Form ID: ntcnfhrg                                      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise Calloway, 2000 Glendale Road, Pittston Township, PA 18640-9408 |
| 5646787 | #+ | Beyond Finance, 7322 Southwest Fwy Fl 14, Houston, TX 77074-2128 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 01 2024 19:03:47 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5646784 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 01 2024 19:03:28 | Affirm, 633 Folsom Street, 7th Floor, San Francisco, CA 94107-3618 |
| 5646786 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 01 2024 19:03:58 | Affirm, 30 Isabella Street Floor 4, Pittsburgh PA 15212-5862 |
| 5646785 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 01 2024 19:03:46 | Affirm, 650 California St 12th Floor, San Francisco, CA 94108-2716 |
| 5647528 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 01 2024 18:53:08 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5646788 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2024 18:51:50 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 5649858 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2024 19:03:45 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5646789 | + | Email/Text: bankruptcy@cavps.com | Oct 01 2024 18:46:00 | Cavalry Portfolio Services, 500 Summit Lake Dr Ste 400, Vallhalla, NY 10595-2321 |
| 5646790 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 01 2024 18:46:00 | Comenity Capital Bank Boscovs, P.O. Box 182120, Columbus OH 43218-2120 |
| 5646791 | + | Email/Text: mrdiscen@discover.com | Oct 01 2024 18:46:00 | Discover, PO Box 30939, Salt Lake City UT 84130-0939 |
| 5648050 | | Email/Text: mrdiscen@discover.com | Oct 01 2024 18:46:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5646792 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Oct 01 2024 18:46:00 | First Investors Financial, 380 Interstate North Pkwy, Atlanta GA 30339-2222 |
| 5646793 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 01 2024 18:46:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud MN 56303 |
| 5646794 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2024 19:03:45 | LVNV Funding, PO Box 1269, Greenville SC 29602-1269 |
| 5646795 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| Recipient # | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | Oct 01 2024 18:46:00 | Midland Credit Management Inc, 320 East Big Beaver Suite 300, Troy MI 48083-1271 |
| 5646796 | + | Email/PDF: cbp@omf.com | Oct 01 2024 19:04:00 | One Main, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 5653194 | + | Email/PDF: cbp@omf.com | Oct 01 2024 19:14:34 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5646798 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2024 19:03:45 | Portfolio Recovery Associates, 120 Corporate Blvd Suite 100, Norfolk, VA 23502 |
| 5646797 | + | Email/PDF: ebnotices@pnmac.com | Oct 01 2024 19:04:03 | Pennymac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5646799 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 01 2024 18:53:10 | Synchrony Bank Paypal, PO Box 71737, Philadelphia PA 19176-1737 |
| 5646800 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 01 2024 19:03:47 | Synchrony Bank Paypal Extra, PO Box 71737, Philadelphia PA 19176-1737 |
| 5646801 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 01 2024 19:14:34 | Synchrony Bank Venmo, PO Box 71737, Philadelphia PA 19176-1737 |
| 5646802 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2024 19:03:48 | THD/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5646803 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 01 2024 18:53:07 | Wells Fargo, PO Box 71092, Charlotte NC 28272-1092 |
| 5648514 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 01 2024 19:14:34 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2024   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Fisher | |

on behalf of Debtor 1 Denise Calloway johnvfisher@yahoo.com  fisherlawoffice@yahoo.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Denise Calloway,
aka Denise Elizabeth Calloway,

**Debtor 1**

Chapter 13

Case No. 5:24−bk−02064−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 7, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: November 14, 2024<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ToniaWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 1, 2024 |

ntcnfhrg (08/21)